Civil Action No. 8:20-cv-00858 SVW (JEMx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Steven Mnuchin**
was received by me on *(date)* **05/11/2020** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to FRCP(4)(i), I served the Summons/Complaint by Certified Mail, return receipt requested, on Defendant Steven Mnuchin, c/o The United States of America, Civil Process Clerk, U.S. Attorney's Office, Federal Building, 300 N. Los Angeles Street, Suite 7516, Los Angeles, CA 90012 (USPS Tracking No. 7019 2970 0001 5827 1698, delivered on May 18, 2020).

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **08/04/2020**

*Server's signature*

Jessica Ann Lesko, Paralegal
*Printed name and title*

123 N. Wacker Drive, Suite 250
Chicago, IL 60606
*Server's address*

Additional information regarding attempted service, etc:

Copies were also sent via Certified Mail, return receipt requested, to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001 (USPS Tracking No. 7019 2970 0001 5827 1681, signed for on May 20, 2020); and c/o the U.S. Department of Treasury, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220 (USPS Tracking No. 7019 2970 0001 5827 1735, delivered on May 20, 2020).

ALERT: DUE TO LIMITED TRANSPORTATION AVAIL

# USPS Tracking®

**Track Another**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee $ 3.55

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)    $ 2.85
☐ Return Receipt (electronic)   $ _____    Postmark
☐ Certified Mail Restricted Delivery  $ _____   Here
☐ Adult Signature Required     $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage $ 2.40

Total Postage and Fees $ 8.80

Sent To: Civil Process Clerk, US Atty Office Fed Bldg.
Street and Apt. No., or PO Box No.: 300 N. Los Angeles Street Ste 7516
City, State, ZIP+4®: Los Angeles, CA 90012

CACD - All Def Summonses + Complaint to US. Atty CACD 5/15/20

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 2970 0001 5827 1698

Remove ✕

**Tracking Number:** 70192970000158271698

Your item was delivered to the front desk, reception area, or mail room at 12:58 pm on May 18, 2020 in LOS ANGELES, CA 90012.

## ✓ Delivered

May 18, 2020 at 12:58 pm
Delivered, Front Desk/Reception/Mail Room
LOS ANGELES, CA 90012

Get Updates ⌄

See More ⌄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**U.S. Postal Service™**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $ 3.55

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ 2.85
☒ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

CACD - All Def Summonses & complaint to U.S. Atty General 5/15/2020

Postage: $ 2.40

Total Postage and Fees: $ 8.80

Sent To: Atty General, US DOJ
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Article tracking: 7019 2970 0001 5827 1681

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

9590 9402 4053 8079 2185 53

2. Article Number (Transfer from service label)
7019 2970 0001 5827 1681

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

MAY 20 2020

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILAB...**

# USPS Tracking®

Track Another Package

*[Certified Mail Receipt shown:]*
- U.S. Postal Service CERTIFIED MAIL® RECEIPT
- Domestic Mail Only
- Certified Mail Fee: $3.55
- Return Receipt (hardcopy): $2.85
- Postage: $2.00
- Total Postage and Fees: $8.40
- Sent To: U.S. Dept of Treasury
- Street: 1500 Penn Ave, NW
- City, State, ZIP: Wash, DC 20220
- Notation: CACD Summ/Compl. Mnuchin & Dept Treasury 5/15/20
- Tracking barcode: 7019 2970 0000 1582 7173 5
- PS Form 3800, April 2015

Remove ✕

**Tracking Number:** 70192970000158271735

Your item was delivered at 4:03 am on May 20, 2020 in WASHINGTON, DC 20220.

## ✓ Delivered

May 20, 2020 at 4:03 am
Delivered
WASHINGTON, DC 20220

Get Updates ∨

Feedback

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.